IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 09-567-1 |
| DERICK ANTONIO TAYLOR | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 2ND day of March, 2010, came the attorney for the Government and the defendant being present with counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the defendant not guilty as to:

[X]  The jury has returned its verdict, finding the defendant not guilty as to: Counts 1,2,3

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_S/ R. BARCLAY SURRICK_
R. Barclay Surrick U.S. District Judge

cc: U.S. Marshal
    Probation Office
    Counsel

| March 2, 2010 | M. Beck |
|---|---|
| Date | By Whom |

Cr 1 (4/2006)