IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-567 |
| DERICK ANTONIO TAYLOR | : | |

### **ORDER**

AND NOW, this 25th day of May, 2010, upon consideration of Defendant Derick Antonio Taylor's Post-Trial Motion for Judgment of Acquittal Pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure (Doc. No. 48), it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

R. Barclay Surrick, J.