IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 09-567-1 |
| | : CIVIL NO. 15-4589 |
| DERICK ANTONIO TAYLOR | : |

## ORDER

**AND NOW**, this 30th day of August, 2018, the above-named Defendant having been examined and testified under oath or has otherwise satisfied the Court that he: (1) is financially unable to obtain representation by counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Defender Association of Philadelphia, Federal Court Division, is hereby appointed pursuant to Title 18, § 3006A to represent said defendant in the above matter, said appointment shall remain in effect until terminated or a substitute attorney is appointed.

_____
R. Barclay Surrick, Judge

CC:   Counsel, Defendant

DATE: 08/30/2018

BY:   Deputy Clerk