**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 09-567-1** |
| | : | |
| | : | |
| **DERICK ANTONIO TAYLOR** | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the petitioner in the above-captioned matter.

                                    Respectfully submitted,


                                    */s/ Arianna J. Freeman*
                                    ARIANNA J. FREEMAN
                                    Managing Attorney, Non-Capital Habeas Unit

# CERTIFICATE OF SERVICE

I, Arianna J. Freeman, Managing Attorney, Non-Capital Habeas Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of Entry of Appearance on behalf of Petitioner to be served upon Robert A. Zauzmer, Assistant United States Attorney, via this Court's electronic filing system.

/s/ *Arianna J. Freeman*___
ARIANNA J. FREEMAN
Managing Attorney, Non-Capital Habeas Unit

DATE: September 4, 2018